UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62429-CIV-SMITH/VALLE

MATTHEW WESLEY TEAL,

    Plaintiff,
vs.

FLORIDA FINE CARS, INC.,

    Defendant.
_____/

**ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION TO DISTRICT JUDGE**

This matter came before the Court upon the Report and Recommendation to District Judge [DE 23] (the "Report"), in which Magistrate Judge Alicia O. Valle recommends the Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice [DE 21] be **GRANTED.** There are no objections to the Report. Having reviewed, *de novo*, the Report and the record, and given that there are no objections, it is

    **ORDERED that**:

    1. The Report and Recommendation to District Judge [DE 23] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

    2. The Motion for Approval of Parties' Settlement and Agreement and Dismissal with Prejudice [DE 21] is **GRANTED.**

    3. The Court shall retain jurisdiction for forty-five (45) days from the date of this Order to enforce the terms of the Settlement Agreement.

    4. This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 16th day of April, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record